IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 08-MC-00001-CBS

Up to $125,003.84 held in Account #s 323078370, 323120784, 323078540, 323078354, 323090419, and 323078346 at JPMorgan Chase
_____

**ORDER UNSEALING APPLICATION AND AFFIDAVIT FOR CIVIL SEIZURE WARRANT, CIVIL SEIZURE WARRANT, MOTION, ORDER, AND ALL RELATED DOCUMENTS**
_____

Upon motion of the United States and for good cause shown,

IT IS HEREBY ORDERED, that the Application and Affidavit for Civil Seizure Warrant, Civil Seizure Warrant, government's Motion to Seal, this Order, and all related documents, are UNSEALED.

DATED at Denver, Colorado, this 8th day of February, 2008.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge